# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER L. STINE,** : | CIVIL ACTION NO. 1:09-CV-0944 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT**, et al., : | |
| **Defendants** : | |

## ORDER

AND NOW, this 20th day of November, 2009, upon consideration of defendants' motion to dismiss (Doc. 8), and it appearing that plaintiffs have filed an amended complaint (see Doc. 15), and that the amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2004) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that the motion to dismiss the first amended complaint (Doc. 8) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge