# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER L. STINE**, | : | CIVIL ACTION NO. 1:09-CV-0944 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT**, et al., | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 8th day of March, 2010, upon consideration of the motion to dismiss (Doc. 32), filed by defendants Elaine M. Backus, Michael Asken, Debra Facciolo, Darby Hand, Thomas Butler, JoEllen Coyle, Frank E. Pawlowski, John R. Brown, and Martin Henry, on February 1, 2010, and upon further consideration of the order of court (Doc. 40) dated February 18, 2010, directing the moving defendants to file a brief in support of their motion to dismiss (Doc. 32) on or before February 26, 2010, and it appearing that defendants have not filed a brief in support of their motion to dismiss (Doc. 32), but that defendants filed an amended motion to dismiss (see Doc. 42) and an accompanying brief in support (see Doc. 43) on February 26, 2010, it is hereby ORDERED that the motion to dismiss (Doc. 32) is

DEEMED withdrawn.  See L.R. 7.5 (stating that a party must file a brief supporting "any motion filed prior to trial" or the motion will be "deemed to be withdrawn").

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge